No. 390. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* EVA CHINN ET AL. December 10, 1923. Petition for a writ of certiorari to the Appellate Court of the State of Indiana denied. *Mr. O. W. Dynes* and *Mr. H. H. Field* for petitioner. No appearance for respondents.

---

No. 629. ROBERT BERRYMAN *v.* UNITED STATES; No. 630. JAKE TUCKERMAN *v.* UNITED STATES; No. 631. JOE ROBILIO ET AL. *v.* UNITED STATES; and No. 632. LOFTIS WILKES ET AL. *v.* UNITED STATES. December 10, 1923. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles M. Bryan* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt*, Assistant Attorney General, for the United States.

---

No. 649. WABASH RAILWAY COMPANY *v.* SAMUEL T. HOFF. December 10, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. Homer Hall* and *Mr. N. S. Brown* for petitioner. *Mr. Clay C. Rogers* and *Mr. Cyrus Crane* for respondent.

---

No. 664. E. J. FINNERAN *v.* WILLIAM J. BURTON, TRUSTEE, ETC. December 10, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles Ray Dean* and *Mr. Luther Ely Smith* for petitioner. *Mr. Forrest C. Donnell* for respondent.